ACCEPTED
05-14-01251-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/21/2015 11:09:39 AM
LISA MATZ
CLERK

NO. 05-14-01251-CR
NO. 05-14-01252-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/21/2015 11:09:39 AM
LISA MATZ
Clerk

| | | |
|---|---|---|
| LAVANDRA DONTEKA RUSHING | § | IN THE COURT OF APPEALS |
| VS. | § | FOR THE FIFTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT DALLAS |

ON APPEAL FROM THE
363RD JUDICIAL DISTRICT COURT
OF DALLAS COUNTY, TEXAS
IN CAUSE NOS. F12-10110-W & F13-61091-W

MOTION TO WITHDRAW AS COUNSEL ON APPEAL

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW the undersigned attorney, and respectfully requests that she be discharged as the attorney of record for the Appellant. In support of this motion the Appellant would show the Court the following:

I.

The Appellate Division of the Dallas County Public Defender's Office was appointed by the trial court to represent Appellant in the appeal of her convictions. The undersigned attorney was the attorney assigned to the cases.

II.

After a full review of the record in this cause, the undersigned attorney is of the opinion that there are no arguable points of error or issues upon which an appeal can be predicated and has filed an *Anders* brief with this Court.

III.

The undersigned attorney has informed Appellant that in her professional opinion, the appeal is without merit. The undersigned attorney has also explained

that Appellant has the right to review the record and file a pro se brief if she so desires and has sent Appellant a copy of the record. Appellant has also been informed by the undersigned attorney that she may request an extension of time from this Honorable Court to file a pro se brief if she so desires.

IV.

Appellant's last known address is:

Ms. Lavandra Rushing
BNO #14027194
Dallas County Jail
Kays Tower, KT 04-C
P.O. Box # 660334
Dallas, Texas 75266-0334

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney prays that this Court will grant this Motion to Withdraw as Counsel on Appeal in the above entitled and numbered cause.

Respectfully submitted

Lynn Richardson
Chief Public Defender

*/s/ Nanette Hendrickson*

Nanette Hendrickson
Assistant Public Defender
State Bar No. 24081423
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-2
Dallas, TX. 75207-4399
(214) 653-3550 (telephone)
(214) 653-3539 (fax)
nanette.hendrickson@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on the Dallas County Criminal District Attorney's Office (Appellate Division), 133 N. Riverfront Blvd., LB-19, 10th Floor, Dallas, Texas, 75207, electronic delivery on the 20th day of May, 2015 to Lori Ordiway, Assistant District Attorney, at DCDAAppeals@dallascounty.org.

_/s/ Nanette Hendrickson_
Nanette Hendrickson